UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

SARAHI ALMONTE,

              Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

              Defendant.
-------------------------------------------------------------X

Application GRANTED.

SO ORDERED.
Dated: March 9, 2026

*Att cl a*

Civil Action No.:
1:25-CV-10716-SDA

### PLAINTIFF'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE PLAINTIFF'S BRIEF

**PLEASE TAKE NOTICE** that upon all the prior proceedings heretofore filed Plaintiff moves this Court, on submission, for an Order granting Plaintiff an extension of thirty (30) days to file Plaintiff's brief, which is currently due on April 6, 2026.

This is Plaintiff's first request for an extension. Due to other unexpected press of business and an extended period of time off, counsel for Plaintiff will be unable to comprehensively review the entire record, summarize the medical findings, and prepare a brief by the current due date.

Counsel for Defendant kindly consents to this request for an extension of time.

Dated: March 9, 2026

Respectfully Submitted,

By:   /s/ Louis R. Burko
      Severance, Burko, Spalter, Masone, & Laurette P.C.
      16 Court Street, Suite 2400
      Brooklyn, NY 11241
      (718)-624-2300
      Louis_Burko@sbscomplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SARAHI ALMONTE,

               Plaintiff,

vs.                                          Civil Action No.:
                                          1:25-CV-10716-SDA

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.
-------------------------------------------------------------X

## **ORDER**

        AND, NOW, this ___ day of March, 2026, Plaintiff's motion for an extension of time is

GRANTED. The new schedule is set as follows:

- Plaintiff will file Plaintiff's brief by May 6, 2026;

- Defendant's brief will be filed on, or before, June 5, 2026;

- Plaintiff's reply, if any, is due June 19, 2026.

_____