**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------X

Sarahi A.,

Plaintiff,

-against-

Commissioner of Social Security,

Defendant.

--------------------------------------------------------------X

25 **CIVIL** 10716 (SDA)

# JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated November 10, 2026, Plaintiff's motion is DENIED, and the Commissioner's decision is AFFIRMED; accordingly, the case is closed.

**Dated:** New York, New York

November 13, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**